UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:15-cR-00001-MJS |
|---|---|
| Plaintiff, | **ORDER RECONVEYING PASSPORT** |
| v. | |
| ANTONIO BLAZQUEZ, | |
| Defendant. | |

The Court received Defendant Antonio Blazquez's original passport, No. AAJ6234449, as collateral on February 20, 2015. (ECF No. 12.) The passport is HEREBY RELEASED on the condition that Defendant not leave the country during the pendency of trial. The Clerk's Office is directed to facilitate the re-conveyance of the passport to Defendant.

IT IS SO ORDERED.

Dated: 2/26/15

Michael J. Seng
United States Magistrate Judge
Eastern District of California