**FILED**

FEB 26 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BLAZQUEZ,<br><br>Defendant. | CASE NO. 6:15-cr-00001-MJS<br><br>**ORDER RECONVEYING PASSPORT**<br>(AMENDED) |

The Court received Defendant Antonio Blazquez's original passport, No. AAJ623449, as collateral on February 20, 2015. (ECF No. 12.) The passport is HEREBY RELEASED on the condition that Defendant not leave the country during the pendency of trial. The Clerk's Office is directed to facilitate the re-conveyance of the passport to Defendant.

IT IS SO ORDERED.

Dated: 2/20/15

_____
Michael J. Seng
United States Magistrate Judge
Eastern District of California