```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Petitioner-Appellant
ANTONIO BLAZQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO BLAZQUEZ,<br><br>　　　　　Petitioner-Appellant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent-Appellee. | Case No.:  1:15-CR-00077 AWI<br>　　　　　　 6:15-CR-00001 MJS<br><br>PETITIONER_APPELLANT'S REQUEST FOR EXTENSION OF TIME FOR FILING OPENING BRIEF AND ORDER |

　　　Petitioner-Appellant, Antonio Blazquez, by and through his counsel undersigned, Assistant Federal Defender Megan T. Hopkins, hereby applies to extend the time within which to file Appellant's Opening Brief for forty-five (45) days from the current due date of April 20, 2015.  Appellant has made no prior requests for extension of time within which to file Appellant's Opening Brief.

　　　This motion is based on the Rules of the United States District, Federal Rule of Criminal Procedure 26(b).  The primary ground for this extension is insufficient time to prepare Appellant's Opening Brief.  Although the Federal Defender's Office filed the notice of appeal on March 12, 2015, the transcripts of the trial were not received until March 30, 2015.  Besides carrying a full caseload of over forty misdemeanor and felony cases, counsel has been travelling to and from the District Court in Yosemite National Park between six and nine days each month for appearances, motion hearings, and sentencing hearings there.  While I have received the

transcripts in this case and have begun reviewing the record, my travel schedule and current motion schedules will require the majority of my time throughout the month of April. Therefore, defense counsel believes additional time will be necessary to prepare the opening brief. Defense counsel is exercising due diligence in conducting legal research on this case and believes that she will be able to file the opening brief within the requested extension.

Counsel for the appellant has contacted National Park Service Legal Officer Matthew McNease, counsel for Respondent-Appellee, and he has no objection to the requested extension of time.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  April 9, 2015

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Petitioner-Appellant
ANTONIO BLAZQUEZ

## ORDER

The requested extension of time from the original filing deadline of April 20, 2015 until June 4, 2015 for filing Appellant's opening brief is granted based upon Defense counsel's representations as to the need for the extension of time.

IT IS SO ORDERED.

Dated:   April 9, 2015

_____
SENIOR  DISTRICT  JUDGE