HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Petitioner-Appellant
ANTONIO BLAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTONIO BLAZQUEZ, | ) | Case No.:  1:15-CR-00077 AWI |
| --- | --- | --- |
| Petitioner-Appellant, | ) | 6:15-CR-00001 MJS |
| vs. | ) | PETITIONER APPELLANT'S REQUEST FOR EXTENSION OF TIME FOR FILING REPLY BRIEF; ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Respondent-Appellee. | ) | Judge:  Hon. Anthony W. Ishii |

Petitioner-Appellant, Antonio Blazquez, by and through his counsel undersigned, Assistant Federal Defender Megan T. Hopkins, hereby applies to extend the time within which to file Appellant's reply brief for 14 days from the current due date of July 31, 2015.  The new date for filing the reply brief is August 14, 2015.  Appellant has made no prior requests for extension of time within which to file Appellant's reply brief.

This motion is based on the Rules of the United States District, Federal Rule of Criminal Procedure 26(b).  The primary ground for this extension is insufficient time to prepare Appellant's reply brief.  Carrying a full caseload of over forty misdemeanor and felony cases, counsel has been travelling to and from the Magistrate Court in Yosemite National Park between six and nine days each month for appearances, motion hearings, and sentencing hearings there.  Counsel currently has a trial scheduled in Yosemite for the week of August the 3rd.

Therefore, defense counsel believes additional time will be necessary to prepare the reply brief. Defense counsel is exercising due diligence in conducting legal research on this case and believes that she will be able to file the reply brief within the requested extension.

Counsel for the appellant has contacted National Park Service Legal Officer Matthew McNease, counsel for Respondent-Appellee, and he has no objection to the requested extension of time.

            Respectfully submitted,

            HEATHER E. WILLIAMS
            Federal Defender

Dated: July 30, 2015           /s/ Megan T. Hopkins
            MEGAN T. HOPKINS
            Assistant Federal Defender
            Attorneys for Petitioner-Appellant
            ANTONIO BLAZQUEZ

**ORDER**

The requested extension of time from the original filing deadline of July 31, 2015 until August 14, 2015 for filing Appellant's reply brief is granted based upon defense counsel's representations as to the need for the extension of time.

IT IS SO ORDERED.

Dated:  July 30, 2015            _____
            SENIOR DISTRICT JUDGE